IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBY LEE PEGRAM,           )
                           )
     Petitioner,           )
                           )
  v.                       )       1:15CV96
                           )
KEITH WHITENER,            )
                           )
     Respondent.           )

### ORDER

On August 6, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636.  (Docs. 8, 9.)  Petitioner timely filed objections (Doc. 10) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation.  This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that Respondent's Motion to Dismiss (Doc. 4) is **GRANTED,** that Petitioner's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Doc. 1) is **DENIED,** and that this action is **DISMISSED**.  A Judgment dismissing this action will be entered contemporaneously with this Order. Finding no substantial issue for appeal concerning the denial of a

constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is not issued.

This the 14th day of September, 2015.

_____
United States District Judge

- 2 -

Case 1:15-cv-00096-WO-JLW   Document 11   Filed 09/14/15   Page 2 of 2